IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANNY L. KIRTS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3281 |
| | ) | |
| v. | ) | |
| | ) | |
| BURLINGTON NORTHERN AND SANTA FE RAILWAY, and LIBERTY MUTUAL INSURANCE GROUP, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P.</u> 26(f) and, by December 02, 2005, file their Report of Parties' Planning Conference.

DATED November 14, 2005.

    /s/ *David L. Piester*
United States Magistrate Judge