IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANNY L. KIRTS, | ) | |
| | ) | |
| Plaintiff, and | ) | 4:05CV3281 |
| Counter-Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| LIBERTY MUTUAL INSURANCE GROUP, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BURLINGTON NORTHERN AND SANTA FE RAILWAY, | ) | |
| | ) | |
| Defendant, Counter-Claimant, and Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE WESTERN SUGAR COOPERATIVE, | ) | |
| | ) | |
| Third Party Defendant. | ) | |

Defendant Burlington Northern and Santa Fe Railway has moved for an extension of time to file the report of parties' planning conference, filing 10. The filing 10 motion is not opposed by any party who has entered an appearance in this case.

IT THEREFORE HEREBY IS ORDERED: The Motion to Enlarge Meet and Confer Deadline, filing 10, is granted, and the parties are hereby given until January 27, 2006 to file their Report of Parties' Planning Conference.

DATED this 30th day of November, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge