IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANNY L. KIRTS, | ) | CASE NO. 4:05CV3281 |
| Plaintiff, | ) | |
| vs. | ) | |
| BURLINGTON NORTHERN & SANTA FE RAILWAY COMPANY, a Delaware corporation, and LIBERTY MUTUAL INSURANCE GROUP, | ) | |
| Defendants, | ) | |
| v. | ) | |
| BNSF RAILWAY COMPANY f/k/a Burlington Northern & Santa Fe Railway Company, | ) | **ORDER** |
| Defendant/Third-Party Plaintiff, | ) | |
| v. | ) | |
| THE WESTERN SUGAR COOPERATIVE, a Colorado cooperative corporation, | ) | |
| Third-Party Defendant. | ) | |

Third-Party Defendant, The Western Sugar Cooperative, has filed a Motion to File an Answer or otherwise plead out of time, filing 16. For good cause shown, the Motion is granted. Third-Party Defendant, The Western Sugar Cooperative, is directed to file an Answer or otherwise plead by February 2, 2006.

**IT IS SO ORDERED.**

Dated this 27th day of January, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge

**PREPARED AND SUBMITTED BY:**

ENGLES, KETCHAM, OLSON & KEITH, P.C.
1350 Woodmen Tower
Omaha, Nebraska 68102
(402) 348-0900
Robert S. Keith, #21023