IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANNY L. KIRTS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3281 |
| | ) | |
| v. | ) | |
| | ) | |
| BURLINGTON NORTHERN AND SANTA FE RAILWAY, and LIBERTY MUTUAL INSURANCE GROUP, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. The plaintiff's unopposed motion to file an amended complaint, filing 30, is granted. The plaintiff shall file his amended complaint, a copy of which is attached to the filing 30 motion, on or before March 20, 2006.

2. The plaintiff's motion to amend, filing 27, is denied as moot.

DATED this 15th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge