```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

DANNY L. KIRTS,                    )
                                   )
                Plaintiff,         )         4:05CV3281
                                   )
        v.                         )
                                   )
BURLINGTON NORTHERN AND SANTA      )         ORDER
FE RAILWAY, and LIBERTY            )
MUTUAL INSURANCE GROUP,            )
                                   )
                Defendants.        )
                                   )
```

IT IS ORDERED:

The oral request of defendant Burlington Northern and Santa Fe Railway is granted and the time of the telephone planning conference on Friday, May 5, 2006, is changed from 9:00 a.m. to 11:45 a.m.

Plaintiff's counsel shall initiate the call.

DATED this 1st day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge